# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CASE NO. 0:06-cv-04599-PAM-JSM

_____

SUE C. STANTON,
        Plaintiff,

    vs.

U.S. BANCORP, d/b/a U.S. BANK and
d/b/a F.B.S. CARD SERVICES, INC.;
TRANS UNION LLC;
CSC CREDIT SERVICES, INC.; and
EQUIFAX INFORMATION SERVICES, LLC;
        Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

Plaintiff Sue C. Stanton, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal With Prejudice [DN 52], AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Sue C. Stanton against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff Sue C. Stanton and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: March 4, 2008

        s/Paul A. Magnuson
        Paul A. Magnuson, Judge
        United States District Court