**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.:  06-4599 (PAM/JSM)**

Sue C. Stanton,

      Plaintiff,

v.

U.S. Bancorp d/b/a U.S. Bank and d/b/a F.B.S. Card Services, Inc.,
Trans Union LLC,
CSC Credit Services, Inc.,
Equifax Information Services, LLC,
Experian Information Solutions, Inc.,

      Defendants

**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

    IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Equifax Information Services, LLC, are hereby dismissed with prejudice, without costs, disbursements or attorney's fees to either party.

BY THE COURT

Dated: March 20, 2008

 s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of United States District Court