**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 06-4599 (PAM/JSM)**

Sue C. Stanton,

      Plaintiff,

v.

U.S. Bancorp d/b/a U.S. Bank and d/b/a F.B.S. Card Services, Inc.,
Trans Union LLC,
CSC Credit Services, Inc.,
Equifax Information Services, LLC,
Experian Information Solutions, Inc.,

      Defendants

**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT U.S. BANK**

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant U.S. Bank National Association, N.D. ("U.S. Bank") (misnamed in the Complaint as "U.S. Bancorp d/b/a U.S. Bank and d/b/a F.B.S. Card Services, Inc."), are hereby dismissed with prejudice, without costs, disbursements or attorney's fees to either party.

BY THE COURT

Dated: March 20, 2008

    s/Paul A. Magnuson
    The Honorable Paul A. Magnuson
    Judge of United States District Court